UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09CR195-FDW |
| | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING** |
| | ) | **MATERIAL WITNESS WARRANT** |
| DAVID JIMINEZ, ET AL. | ) | **FOR NELSON PALACIOS-SILVESTRE** |
| | ) | |

THIS MATTER comes before this Court upon Motion of the United States to dismiss the material witness warrant for Nelson Palacios-Silvestre. The Court finds that this matter has been resolved and the material witness's appearance is no longer required.

Therefore, it is ordered that the material witness warrant for Nelson Palacios-Silvestre is hereby DISMISSED.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Marshal's Service, and the United States Attorney.

SO ORDERED.

Signed: June 9, 2010

David C. Keesler
United States Magistrate Judge