UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09CR195-FDW |
|---|---|---|
| v. | ) ) ) | |
| | ) | **ORDER DISMISSING** |
| | ) | **MATERIAL WITNESS WARRANT** |
| DAVID JIMINEZ, ET AL. | ) ) | **FOR JORGE MALDONADO-ACOSTA** |

THIS MATTER comes before this Court upon Motion of the United States to dismiss the material witness warrant for Jorge Maldonado-Acosta. The Court finds that this matter has been resolved and the material witness's appearance is no longer required.

Therefore, it is ordered that the material witness warrant for Jorge Maldonado-Acosta is hereby DISMISSED.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Marshal's Service, and the United States Attorney.

SO ORDERED.

Signed: June 9, 2010

David C. Keesler
United States Magistrate Judge